THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN LITTLE, Appellant. [786 NYS2d 790]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered October 2, 2002. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Hurlbutt, Scudder, Gorski and Hayes, JJ.